**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2026 APR -1 AM 9:24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** |
| **Plaintiff,** | **JUDGE** |
| v. | **INFORMATION** |
| **GARY SCHEFFER,** | **21 U.S.C § 846** |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

1.      Beginning in or around January 2024, the exact date being unknown, and continuing up to and including the date of this Information, within the Southern District of Ohio and elsewhere, the Defendant, **GARY SCHEFFER**, did knowingly and intentionally conspire and agree with persons known and unknown to distribute and possess with intent to distribute various controlled substances, including:

    a.   500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii);

    b.   Less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D);

    c.   A mixture or substance containing a detectable amount of lysergic acid diethylamide ("LSD"), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

    d.   A mixture or substance containing a detectable amount of dimethyltryptamine ("DMT"), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

    e.   A mixture or substance containing a detectable amount of mescalin, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

f.  A mixture or substance containing a detectable amount of 3,4-methylenedioxymethamphetamine ("MDMA"), a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

g.  A mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

h.  A mixture or substance containing a detectable amount of ketamine, a Schedule III controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(E);

i.  A mixture or substance containing a detectable amount of alprazolam, a Schedule IV controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(2);

j.  A mixture or substance containing a detectable amount of clonazepam, a Schedule IV controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(2); and

k.  A mixture or substance containing a detectable amount of diazepam, a Schedule IV controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(2).

**In violation of 21 U.S.C § 846.**

## FORFEITURE ALLEGATION

2.  Upon conviction of the offense set forth in Count 1 of the Information, the Defendant, **GARY SCHEFFER**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to: approximately $9212.07 worth of cryptocurrency (Bitcoin).

**Forfeiture pursuant to 21 U.S.C. § 853(a) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

DOMINICK S. GERACE II
United States Attorney

*Jennifer M Rausch*

JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney